# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. WILLIAMS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL MINEV, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:22-cv-00293-RCJ-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendant Russelle Donnelly, who is no longer an employee of the Nevada Department of Corrections. (ECF No. 11.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 12.)

The Clerk shall ISSUE a summons for Russelle Donnelly and send the same to the U.S. Marshal with the address provided under seal. (ECF No.12.) The Clerk shall also SEND sufficient copies of the Complaint, (ECF No. 4), the screening order, (ECF No. 3), and this order to the U.S. Marshal for service on Defendant Donnelly. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that if the above-named Defendant is not served by **February 2, 2023**,[1] she may be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

　　IT IS SO ORDERED.

　　DATED:  November 29, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] This date represents 90 days from the date of the court's post-stay order (ECF No. 9).