UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. WILLIAMS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MINEV, et al.,<br><br>　　　　　　　　　Defendants. | 3:22-cv-00293-RCJ-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

　　　The court has received information via an undeliverable notice (ECF No. 30) that Plaintiff may now be housed at Lovelock Correctional Center. If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1.

　　　This order, the court's order of January 4, 2023 (ECF No. 29), and Defendants' Answer (ECF No. 28) shall be served upon Plaintiff in care of Northern Nevada Correctional Center and Lovelock Correctional Center.

　　　**IT IS SO ORDERED.**

　　　DATED: January 12, 2023.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE