# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. WILLIAMS,<br><br>                    Plaintiff,<br><br> v.<br><br>MICHAEL MINEV, et al.,<br><br>                    Defendants. | 3:22-cv-00293-RCJ-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

The court has received information via undeliverable notices (ECF Nos. 39, 41) that Plaintiff may now be housed at Lovelock Correctional Center. **If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1.**

This order shall be served upon Plaintiff in care of Northern Nevada Correctional Center and Lovelock Correctional Center.

**IT IS SO ORDERED.**

DATED:  April 12, 2023.

_____
UNITED STATES MAGISTRATE JUDGE