UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL MINEV, *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:22-CV-00293-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 58) |

　　　Before the Court is the Report and Recommendation of United States Magistrate Judge Craig S. Denney, (ECF No. 58[1]) entered on November 1, 2023, recommending that the Court grant Defendants' motion for summary judgment (ECF No. 49) and enter judgment in favor of Defendants Egerton and Dr. Minev.  No objection to the Report and Recommendation has been filed.

　　　This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation (ECF No. 58) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 49) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court **ENTER JUDGMENT** in favor of Defendants Egerton and Dr. Minev.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

Dated: November 17, 2023.

_____
ROBERT C. JONES
United States District Judge